Edward F. Novak (State Bar # 006092)
McCall Bauersfeld (State Bar # 037230)
Charles Seby (State Bar #035523)
**POLSINELLI PC**
1 E Washington St #1200,
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
ENovak@Polsinelli.com
mbauersfeld@polsinelli.com
cseby@polsinelli.com

Brant C. Martin (Texas Bar No. 24002529) *pro hac vice pending*
Elizabeth Hosea Lemoine (Texas State Bar No. 24027236) *pro hac vice pending*
Shelby M. Broaddus (Texas State Bar No. 24096209) *pro hac vice pending*
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
brant.martin@wickphillips.com
elizabeth.lemoine@wickphillips.com
shelby.broaddus@wickphillips.com

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PHI Health, LLC, | Case No. 2:23-cv-02001-MTL |
| Petitioner, | |
| v. | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS APPLICATION TO CONFIRM IDR AWARDS** |
| Blue Cross and Blue Shield of Arizona, Inc., | |
| Respondent. | |

Petitioner PHI Health, LLC ("PHI") and Respondent Blue Cross and Blue Shield of Arizona, Inc. ("BCBSAZ") have stipulated and agreed under LRCiv 7.3 that PHI shall have

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

an additional 14 days, through and including December 11, 2023, to respond to or otherwise answer BCBSAZ's Motion to Dismiss Application to Confirm IDR Awards (Doc. 14). The parties make this request not for delay but to allow more time for dialogue and exchanging information that may resolve these issues. A proposed form of order accompanies this stipulation.

Dated: November 27, 2023:                    Respectfully submitted,

By */s/ Charles Seby*
    Edward F. Novak (State Bar # 006092)
    McCall Bauersfeld (State Bar # 037230)
    Charles Seby (State Bar # 035523)

    **POLSINELLI PC**
    1 E Washington St #1200
    Phoenix, AZ 85004
    Telephone: (602) 650-2000
    Facsimile: (602) 264-7033

-   AND -

    Brant C. Martin
    Texas Bar No. 24002529 (*pro hac vice*)
    Elizabeth Hosea Lemoine
    State Bar Number 24027236 (*pro hac vice*)
    Shelby M. Broaddus
    Texas Bar No. 24096209 (*pro hac vice*)

    **WICK PHILLIPS GOULD & MARTIN, LLP**
    3131 McKinney Avenue, Suite 500
    Dallas, Texas 75204
    Telephone: (214) 692-6200
    Facsimile: (214) 692-6255

**Attorneys for Petitioner PHI Health, LLC**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By */s/ Nathan J. Kunz (w/permission)*
    Keith Beauchamp (012434)
    Nathan J. Kunz (024819)
    Malvika A. Sinha (038046)


**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Phone: (602) 224-0999
Fax: (602) 224-6020

**Attorneys for Respondent Blue Cross and Blue Shield of Arizona, Inc.**