1  Edward F. Novak (State Bar # 006092)
   McCall Bauersfeld (State Bar # 037230)
2  Charles Seby (State Bar #035523)
3  **POLSINELLI PC**
   1 E Washington St #1200,
4  Phoenix, AZ 85004
5  Telephone: (602) 650-2000
   Facsimile: (602) 264-7033
6  ENovak@Polsinelli.com
7  mbauersfeld@polsinelli.com
   cseby@polsinelli.com
8
9  Brant C. Martin (Texas Bar No. 24002529) *pro hac vice*
   Elizabeth Hosea Lemoine (Texas State Bar No. 24027236) *pro hac vice*
10 Shelby M. Broaddus (Texas State Bar No. 24096209) *pro hac vice*
   **WICK PHILLIPS GOULD & MARTIN, LLP**
11 3131 McKinney Avenue, Suite 500
12 Dallas, Texas 75204
   Telephone: (214) 692-6200
13 Facsimile: (214) 692-6255
14 brant.martin@wickphillips.com
   elizabeth.lemoine@wickphillips.com
15 shelby.broaddus@wickphillips.com
16
17 **Attorneys for Petitioner PHI Health, LLC**

18                    UNITED STATES DISTRICT COURT

19                           DISTRICT OF ARIZONA

| | |
|---|---|
| PHI Health, LLC, | Case No. 2:23-cv-02001-MTL |
| Petitioner, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Blue Cross and Blue Shield of Arizona, Inc., | |
| Respondent. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Petitioner PHI Health, LLC ("PHI") and Respondent Blue Cross and Blue Shield of Arizona, Inc. ("BCBSAZ") hereby stipulate and agree to dismissal of the above-captioned action with prejudice, with each party to bear its own costs and attorneys' fees. This stipulation is signed by all parties who have appeared in this action.

Dated: January 11, 2024:  Respectfully submitted,

By */s/ Charles Seby*
   Edward F. Novak (State Bar # 006092)
   McCall Bauersfeld (State Bar # 037230)
   Charles Seby (State Bar # 035523)

   **POLSINELLI PC**
   1 E Washington St #1200
   Phoenix, AZ 85004
   Telephone: (602) 650-2000
   Facsimile: (602) 264-7033

- AND -

   Brant C. Martin
   Texas Bar No. 24002529 (*pro hac vice*)
   Elizabeth Hosea Lemoine
   State Bar Number 24027236 (*pro hac vice*)
   Shelby M. Broaddus
   Texas Bar No. 24096209 (*pro hac vice*)

   **WICK PHILLIPS GOULD & MARTIN, LLP**
   3131 McKinney Avenue, Suite 500
   Dallas, Texas 75204
   Telephone: (214) 692-6200
   Facsimile: (214) 692-6255

   **Attorneys for Petitioner PHI Health, LLC**

By */s/ Keith Beauchamp (w/permission)*
Keith Beauchamp (012434)
Nathan J. Kunz (024819)
Malvika A. Sinha (038046)

**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Phone: (602) 224-0999
Fax: (602) 224-6020

**Attorneys for Respondent Blue Cross and Blue Shield of Arizona, Inc.**