# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PHI Health LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Blue Cross and Blue Shield of Arizona Incorporated,<br><br>    Defendant. | No. CV-23-02001-PHX-MTL<br><br>**ORDER** |

**IT IS ORDERED** that the parties' Stipulation for Dismissal with Prejudice (Doc. 20) is granted.

**IT IS FURTHER ORDERED** that the pending Motion to Dismiss (Doc. 14) is denied as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court shall dismiss this action **with prejudice**, with each party bearing their own attorneys' fees and costs.

**IT IS FINALLY ORDERED** directing the Clerk of Court to close this action.

Dated this 11th day of January, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge